UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEOSHA HORNE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHFIELD PACKING COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 5:09-CV-00042-H |
| ANGELINA MITCHELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHFIELD PACKING COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 4:08-CV-00182-H |
| JAMES HARRIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHFIELD PACKING COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 4:09-CV-0041-H |

JOINT NOTICE OF SETTLEMENT

Class Counsel and Defendant's Counsel in the referenced cases hereby give notice that they have reached agreement to settle these cases, subject to the approval of the Court. On August 7, 2013, the Parties filed in each case a Joint Motion to Hold Deadlines and Scheduling

Order in Abeyance, pending their efforts to resolve the cases in mediation. (Horne Doc. 215; Mitchell Doc. 185; Harris Doc. 156.) On August 24, 2013, this Court granted the Parties' Joint Motion, and directed the Parties to inform the Court of the progress of their mediation efforts. (Horne Doc. 217; Mitchell Doc. 186; Harris Doc. 158.)

On behalf of their respective clients, Class Counsel and Defendant's Counsel now report that they have reached agreement to settle these cases, subject to approval of the Court. Counsel are working to prepare a formal Settlement Agreement to memorialize the settlement, together with a joint motion for court approval, and the various documents associated with the class settlement. Counsel expect to file these materials within 10 days.

Respectfully submitted this 21st day of October, 2013.

BY: /s/ H. Forest Horne, Jr.
H. Forest Horne, Jr., NCSB # 16678
Hoyt G. Tessener, NCSB # 16068
G. Christopher Olson, NCSB # 21223
MARTIN & JONES, PLLC
410 Glenwood Ave.
Suite 200
Raleigh, NC 27603
Phone: (919) 821-0005
Fax: (919) 863-6083
hfh@m-j.com
hgt@m-j.com
gco@m-j.com
**ATTORNEYS FOR PLAINTIFFS**

By: /s/D. Christopher Lauderdale
D. Christopher Lauderdale
SC Bar No. 64221
lauderdc@jacksonlewis.com
JACKSON LEWIS LLP
One Liberty Square, Suite 800
55 Beattie Place
Greenville, SC 29601
Telephone: (864) 232-7000
Facsimile: (864) 235-1381

2

Case 5:09-cv-00042-H Document 218 Filed 10/21/13 Page 2 of 3

and

L. Dale Owens
JACKSON LEWIS LLP
owensd@jacksonlewis.com
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

and


Melissa R. Davis
NC Bar No. 21655
Robin.Davis@jacksonlewis.com
JACKSON LEWIS LLP
1400 Crescent Green, Suite 215
Cary, NC 27518
Telephone: 919-854-0044
Fascimile: 919-854-0908

**ATTORNEYS FOR DEFENDANT**

4823-1864-7830, v. 1